## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Alexander GARCIA–RIVERA, Petitioner,

v.

### DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2009–3014.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

Alexander Garcia–Rivera, San Juan, PR, pro se.

Jane C. Dempsey, Department of Justice, Washington, DC, for Respondent.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Salvatore J. GIAMBRONE, Petitioner,

v.

### DEPARTMENT OF the TREASURY, Respondent.

No. 2008–3017.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Ivan PETRIC, Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2008–3243.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.